UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SERGEY KAZAKOV,<br><br>      Petitioner,<br><br>  v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>      Respondent. | Case No. 2:24-cv-00774-RSL-TLF<br><br>ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This matter is before the Court on petitioner's filing of an application to proceed *in forma pauperis*. Dkt. 1. Petitioner's application demonstrates he is unable to afford the $5.00 filing fee. That application is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

Dated this 5th day of June, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PETITIONER'S APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1