1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

SERGEY KAZAKOV,

7
                            Petitioner,

                v.

8

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICE
DIRECTOR,

9

10
                            Respondent.

11

Case No. 2:24-cv-00774-RSL-TLF

ORDER OF DISMISSAL

12

13        The Court, having reviewed the report and recommendation, the petition for writ

14   of federal habeas corpus relief under 28 U.S.C. §2241, and the remaining record,

     hereby finds and ORDERS:
15

16            1.    The Magistrate Judge's report and recommendation is ADOPTED.

17   Although petitioner's detention has extended beyond the presumptively

18   reasonable six-month period, there is no evidence suggesting that receipt

     of the requested travel document is not imminent.
19

20            2.    The Government's motion to dismiss (Dkt. 7) is GRANTED,

21   petitioner's habeas corpus petition (Dkt. 5) is DENIED and this matter is

     DISMISSED without prejudice;
22

23            3.    The Clerk is directed to send copies of this Order to petitioner, to

24   Magistrate Judge Theresa L. Fricke and to any other party that has

25

appeared in this action.

Dated this 23rd day of September, 2024.

Robert S. Lasnik
United States District Judge